NATHANIEL PASTERNAK v. HARRY GREENBERG.— Application denied, with

ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.